# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

161111(88)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAX ELLIOT CARPENTER,
          Plaintiff-Appellant,

v

JULIE ELIZABETH CARPENTER,
          Defendant-Appellee.

SC: 161111
COA: 344512
Eaton CC: 2008-000929-DM

_____/

On order of the Court, the motion for reconsideration of this Court's September 8, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



a1116

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk